WALTER OWENS v. THE STATE.

No. 14118.   Delivered January 21, 1931.
Rehearing Denied February 25, 1931.

The opinion states the case.

*W. H. Browning,* of Lampasas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for driving an automobile while intoxicated, punishment, ten days in the county jail and a fine of $100.00.

Our attention is called by the State's attorney with this court to the fact that appellant's motion for new trial herein was overruled on September 6, 1929. The statement of facts was filed December 18th thereafter. Under the law the statement of facts must be filed within ninety days after the overruling of the motion for new trial and giving of notice of appeal. Manifestly this statement is filed too late to be considered. There are no bills of exception. The indictment, the charge of the court, the judgment and sentence as entered nunc pro tunc, appear regular.

The judgment will be affirmed.

*Affirmed.*

ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—We have examined the transcript as requested by appellant in order to verify the adjourning date of the trial term of court, as well as the date upon which appellant's motion for new trial was overruled and notice of appeal given.

We regret that the result of our investigation still · leaves us of opinion that the statement of facts may not be considered. Article 760, C. C. P. (1925) is binding upon this court and may not be ignored by us.

The motion for rehearing is overruled.

*Overruled.*